■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SINCLAIR HUGGINS, Appellant. [652 NYS2d 961] —Judgment, Supreme Court, Bronx County (Alexander Hunter, J.), rendered July 20, 1994, convicting defendant, after a jury trial, of robbery in the first and second degrees, and sentencing him, as a second violent felony offender, to concurrent terms of 8 to 16 years and 6 to 12 years, respectively, unanimously affirmed.

Defendant failed to establish that the prosecutor's race-neutral explanations for peremptory challenges were pretextual (*see, People v Payne*, 88 NY2d 172, 181). The court's charge, viewed as a whole, adequately conveyed the appropriate standards of proof (*see, People v Fields*, 87 NY2d 821, 822-823). Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.

■ MICHAEL B. DOYLE et al., Appellants, v THOMAS RUSSO et al., Respondents. [652 NYS2d 961] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on April 18, 1996, unanimously affirmed for the reasons stated by Katz, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.